# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-10954-AMC

DAVID B WEBB
INDIA M. WEBB
628 NOBLE STREET

NORRISTOWN, PA 19401-

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAVID B WEBB
    INDIA M. WEBB
    628 NOBLE STREET

    NORRISTOWN, PA 19401-

Counsel for debtor(s), by electronic notice only.

    DEMETRIUS J. PARRISH
    7715 CRITTENDEN ST
    SUITE 360
    PHILADELPHIA, PA 19118-

                                           /S/ William C. Miller

Date: 6/24/2020                                    _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee