United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David B Webb  
India M. Webb  
    Debtors

Case No. 16-10954-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Eileen      Page 1 of 1      Date Rcvd: Jul 01, 2020  
                            Form ID: 167      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2020.
```
db/jdb         +David B Webb,    India M. Webb,    628 Noble Street,    Norristown, PA 19401-5531
cr             +Carrington Mortgage Services, LLC,,    1600 South Douglass Road,    Anaheim, CA 92806-5951
cr             +Ditech Financial LLC,    PO BOX 0049,    Palatine, IL 60055-0001
cr             +The Bank of New York Mellon, et al, its assignees,    c/o Prober & Raphael, ALC,
                 20750 Ventura Blvd., Suite 100,    Woodland Hills, CA 91364-6207
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: gocadle@cadleco.com Jul 02 2020 05:14:33      Cadles of West Virginia LLC,
                 100 North Center Street,    Newton Falls, OH 44444-1321
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2020 at the address(es) listed below:
```
              DEMETRIUS J. PARRISH    on behalf of Debtor David B Webb djpbkpa@gmail.com,
               djp711@aol.com;r60715@notify.bestcase.com
              DEMETRIUS J. PARRISH    on behalf of Joint Debtor India M. Webb djpbkpa@gmail.com,
               djp711@aol.com;r60715@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc.,  Et Al... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David B Webb and India M. Webb

Debtor(s)

Case No: 16–10954–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED\*\*
Motion to Dismiss Case for Failure to Make Plan Payments Filed by WILLIAM C. MILLER, Esq. Represented by William C. Miller

on: 8/13/20

at: 09:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date:  7/1/20

For The Court

Timothy B. McGrath
Clerk of Court

65 – 61
Form 167