Certificate Number: 05781-PAE-DE-035688084

Bankruptcy Case Number: 16-10954



05781-PAE-DE-035688084

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 19, 2021, at 4:30 o'clock PM PDT, India Webb completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 19, 2021

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President