## 341 INFORMATION REQUEST FORM

**Bankruptcy No.:** 16 - 10954 - mdc

**Today's Date:** _____

**Name of Debtor:** David Webb

**Current Address of Debtor:** 628 Noble Street, Norristown, Pa. 19401

**Name, Address & Phone Number of Employer(s):** Key Flagging

**Date Employment Started:** 6/2018

**Domestic Support Obligation(s):**

(check the statement that applies to you.)

__✓__ I am not required to pay any Domestic Support Obligations, or

____ I am required to pay Domestic Support Obligations and I have paid any amounts payable under a Court Order or Statute that were due on or before today's date - complete section below, or

____ I am required to pay Domestic Support Obligations but I have not paid all amounts due under Court Order or Statute as of today's date - complete section below.

**I make Domestic Support Payments to:**

None

**Reason for Support Payments (i.e. child support, alimony)**

None

The information I have provided above is true and correct to the best of my knowledge and belief. I AUTHORIZE THE STANDING TRUSTEE TO INCLUDE MY FULL SOCIAL SECURITY NUMBER WHEN PROVIDING THE WRITTEN NOTICE REQUIRED BY 11 U.S.C. §1302((d)(1)(B)(i) TO THE STATE CHILD SUPPORT ENFORCEMENT AGENCY.

_____
**Debtor's Signature**