United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
David B Webb  
India M. Webb  
    Debtors

Case No. 16-10954-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 05, 2021 | Form ID: 138OBJ | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David B Webb, India M. Webb, 628 Noble Street, Norristown, PA 19401-5531 |
| 13674835 | + | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 13701935 | + | EMERG CARE SERV OF PA,P.C., 6681 Country Club Drive, Golden Valley MN 55427-4601 |
| 13674838 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 13674839 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 13750226 | + | Greensky, PO BOX 530584, Atlanta GA 30353-0584 |
| 13674843 | | Norristown Municipal Waste Authority, 233 E. Airy Street, 2nd Flr., Norristown, PA 19401 |
| 13674844 | | Open MRI of Chestnut Hill, 1554 Garrett Rd., Upper Darby, PA 19082-4505 |
| 13674847 | + | Suntrustbank/gs Loan S, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 13755056 | | THE BANK OF NEW YORK MELLON, ET AL, DITECH FINANCIAL LLC, PO BOX 6154, RAPID CITY, SD 57709-6154 |
| 13674852 | + | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14467690 | + | The Bank of New York Mellon, F/K/A The Bank of New, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14467250 | + | The Bank of New York Mellon, F/K/A The Bank of New, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 05 2021 23:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 05 2021 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 05 2021 23:43:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13674833 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2021 23:43:00 | Ashley Stewart, Comenity, Po Box 182124, Columbus, OH 43218-2124 |
| 13674834 | + | Email/Text: bankruptcy@sccompanies.com | Oct 05 2021 23:43:00 | Ashro, 3650 Milwaukee Street, Madison, WI 53714-2304 |
| 13674836 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 05 2021 23:50:23 | Capital One, Capital One Retail Srvs, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14013103 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 05 2021 23:43:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 13754983 | + | Email/Text: bnc@bass-associates.com | Oct 05 2021 23:43:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |

Case 16-10954-mdc   Doc 85   Filed 10/07/21   Entered 10/08/21 00:34:31   Desc Imaged
                              Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 05, 2021 | Form ID: 138OBJ | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13753563 | + | Email/Text: bncmail@w-legal.com | Oct 05 2021 23:43:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13752260 | | Email/Text: bnc-quantum@quantum3group.com | Oct 05 2021 23:43:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13750224 | + | Email/Text: bankruptcy@greenskycredit.com | Oct 05 2021 23:43:00 | Greensky, 1797 N.E. Expressway, Suite 100, Atlanta GA 30329-2451 |
| 13674840 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 05 2021 23:43:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 13741946 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 05 2021 23:50:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13674841 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 05 2021 23:50:23 | Merrick Bank/Geico Card, Po Box 23356, Pittsburg, PA 15222-6356 |
| 13690601 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 05 2021 23:43:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 13674842 | + | Email/Text: bnc@nordstrom.com | Oct 05 2021 23:43:24 | Nordstrom/td, Po Box 13589, Scottsdale, AZ 85267-3589 |
| 13674845 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 05 2021 23:43:00 | PECO, P.O. Box 37629, Philadelphia, PA 19101-0629 |
| 13711954 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 05 2021 23:43:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13754410 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2021 23:50:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13735297 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 05 2021 23:43:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13734938 | | Email/Text: bnc-quantum@quantum3group.com | Oct 05 2021 23:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13674846 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2021 23:43:00 | Roaman's c/o Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 13674848 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2021 23:50:27 | Synchrony Bank/ JC Penneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 13674849 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2021 23:50:23 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13674850 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2021 23:50:23 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13674851 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2021 23:50:27 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13753500 | + | Email/Text: bncmail@w-legal.com | Oct 05 2021 23:43:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13674853 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2021 23:50:30 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13674831 | | Albert Einstein Healthcare Network, 101 E. Olney Ave., Ste. 301 |

| | | |
|---|---|---|
| 13674832 | | Amer Bkry Cu |
| 13674837 | ##+ | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DEMETRIUS J. PARRISH | on behalf of Debtor David B Webb djpbkpa@gmail.com djp711@aol.com;r60715@notify.bestcase.com |
| DEMETRIUS J. PARRISH | on behalf of Joint Debtor India M. Webb djpbkpa@gmail.com djp711@aol.com;r60715@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Et Al... bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: David B Webb and India M. Webb
    Debtor(s)

Case No: 16−10954−mdc
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/5/21

84 − 73
Form 138OBJ